AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER FITZGERALD JONES,

      Petitioner,

**JUDGMENT**

v.

CASE NUMBER: CR 122-075

UNITED STATES OF AMERICA,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered November 5, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion, finding in favor of the Respondent and granting Respondent's Motion to Dismiss. The Court denies a Certificate of Appealability, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



11/5/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020